# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2846<br>:<br>:<br>: JUDGE EDMUND A. SARGUS, JR.<br>: Magistrate Judge Kimberly A. Jolson<br>:<br>: |
| **This document relates to:**<br>Forrest Waters | : Civil Action No.: 2:22-cv-01588 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff and Defendants Davol Inc. and C. R. Bard, Inc., through their undersigned counsel, that the above-captioned action be voluntarily dismissed without prejudice. Each side will bear its own costs.

Date: March 24, 2023

| *Attorneys for Plaintiff* | *Attorneys for Defendants Davol Inc. and C. R. Bard, Inc.* |
|---|---|
| /s/ Robert L. Kinsman<br>Robert L. Kinsman (MO # 67427)<br>*Admitted Pro Hac Vice*<br>Krause & Kinsman, LLC<br>4717 Grand Ave., Suite 250<br>Kansas City, MO<br>816-760-2700<br>robert@krauseandkinsman.com | /s/ Eric Alexander<br>Eric Alexander, Esq.<br>Reed Smith LLP<br>1301 K Street NW<br>East Tower Ste. 1000<br>Washington, DC 20005<br>Phone: 202-414-9200<br>Fax: 202-414-9299<br>Email: ealexander@reedsmith.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Robert L. Kinsman*
Attorney for Plaintiff